IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DERIC LaVELLE MAY, | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 13-429-CB-M |
| | : | |
| PAMELA BARBER, | : | |
| Defendant. | : | |

ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, it is ORDERED that the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

DONE this 2nd day of December, 2013.

s/*Charles R. Butler, Jr.*
UNITED STATES DISTRICT JUDGE